(85 South. 70)

No. 22794.

## STATE v. HOWELL.

### In re METZ et al.

(May 31, 1920.)

*(Syllabus by Editorial Staff.)*

**Witnesses** ⊛34—**Evidence held to show that medical experts were entitled to amount claimed as fees.**

On rule to show cause by medical experts testifying in a murder trial why their claim for fees should not be allowed in full, evidence *held* to show that the value of their services was equal to the amount claimed.

Appeal from Fourth Judicial District Court, Parish of Lincoln; J. B. Crow, Judge.

Prosecution by the State against Caspar Howell on a charge of murder. The claims of Drs. A. L. Metz and W. H. Harris for fees as expert witnesses were not allowed in full, and they took a rule on the parish police jury to show cause why their claim should not be allowed, and from an adverse decision, they appeal. Modified and affirmed.

Stubbs, Theus, Grisham & Thompson, of Monroe, for appellants.

H. B. Warren, of Ruston, for appellee.

PROVOSTY, J. The two plaintiffs were summoned from the city of New Orleans to the parish of Lincoln to testify as experts in the murder case of State v. Caspar Howell; and they gave their testimony. For their services they claimed $50 a day plus actual expenses. The court allowed $25 a day and expenses. They then took a rule on the police jury of said parish to show cause why they should not be allowed the amount claimed in full. They stand very high in their profession, and testify that the said charge is reasonable, in fact, moderate, less than what is usually allowed them as experts in court cases, and that, moreover, said amount was agreed upon beforehand. There is no evidence contra. The learned trial judge thought that the matter was one wholly within the discretion of the court, and that, besides, the allowance was reasonable. These experts were entitled to the full value of their services; and the evidence shows that this value was at least equal to the amount claimed.

The judgment appealed from is increased to $229.85 in favor of Dr. A. L. Metz and to like amount in favor of Dr. W. H. Harris, and, as thus amended, is affirmed; the parish of Lincoln to pay all costs.